# United States Court of Appeals
## For the Eighth Circuit

_____

No. 14-3214

_____

Marixia Maldonado

*Plaintiff - Appellant*

v.

Tony DeLong, President; Carl Rosenkranz, Executive Director; Ozark Area
Community Action Corporation

*Defendants - Appellees*

Calvin Allen; Jennifer Brashears

*Interested parties - Appellants*

_____

Appeal from United States District Court
for the Western District of Missouri - Springfield

_____

Submitted: June 4, 2015
Filed: June 22, 2015
[Unpublished]

_____

Before SHEPHERD, BYE, and KELLY, Circuit Judges.

_____

PER CURIAM.

Marixia Maldonado, Calvin Allen, and Jennifer Brashears appeal following the district court's[1] dismissal and denial of numerous post-judgment motions in a civil suit Maldonado initiated when her job for Ozark Area Community Action Corporation ended. We find no basis for error in the district court's denial of Maldonado's motion for leave to file an amended complaint, see In re Hutchinson Tech., Inc. Sec. Litig., 536 F.3d 952, 962 (8th Cir. 2008) (de novo review), or its grant of defendants' Federal Rule of Civil Procedure 12(b)(6) motion, see Hopkins v. City of Bloomington, 774 F.3d 490, 491-92 (8th Cir. 2014) (de novo review); Topchian v. JPMorgan Chase Bank, N.A., 760 F.3d 843, 849 (8th Cir. 2014) (pro se complaints must be liberally construed). There is no merit to appellants' challenges to the other district court rulings they identify, including the motions seeking to add Allen and Brashears as parties, and the motion to recuse. The judgment of the district court is affirmed, see 8th Cir. R. 47B; and appellants' pending motion to take judicial notice is denied.

_____

[1]The Honorable Gary A. Fenner, United States District Judge for the Western District of Missouri.